3889. GEORGIA, SOUTHERN & FLORIDA RAILWAY CO. *v.* TYSON.

HILL, C. J.· The statutory presumption arising on proof that the cow of the plaintiff was killed by the running of the defendant's locomotive and train was not rebutted. Besides, there were circumstances supporting the presumption. The judgment is affirmed, and ten per cent. damages awarded against the plaintiff in error, for bringing the case to this court for delay only.       *Judgment affirmed, with damages.*
                    DECIDED JUNE 5, 1912:

Certiorari; from Tift superior court—Judge Thomas. November 8, 1911.

*John I. & J. E. Hall, Fulwood & Murray,* for plaintiff in error.
*J. S. Ridgdill,* contra.

---

3894. STEWART *v.* RISH.

HILL, C. J. This case is fully controlled by the decision of this court in *Smith* v. *Chivers,* 6 *Ga. App.* 154 (64 S. E. 493). See, also, Civil Code (1910), § 4734; *Heyward* v. *Field,* 95 *Ga.* 714 (22 S. E. 653); *Morgan* v. *Prior,* 110 *Ga.* 791 (36 S. E. 75).        *Judgment affirmed.*
                    DECIDED JUNE 5, 1912.

Certiorari; from Clay superior court—Judge Worrill. November 23, 1911.

*Ben. M. Turnipseed,* for plaintiff in error. ·
*King & Castellow,* contra.